# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## CORRECTED JUDGMENT RENDERED
## APRIL 9, 2015

## NO. 03-13-00269-CR

**Daniel Lopez Cardoza, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## AFFIRMED; MODIFIED AND, AS MODIFIED, AFFIRMED --
## OPINION BY JUSTICE GOODWIN

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the trial court's judgments requiring reversal. Accordingly, the Court affirms the trial court's judgment of conviction for Count III. However, there was error in the judgment of conviction for Count II that requires correction. Therefore, the Court modifies the trial court's judgment of conviction for Count II to reflect that the "Statute for Offense" is "22.021(a)(1)(B)(iii), (2)(B) Penal Code." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.